☒ FILED    ☐ LODGED

**Jun 22 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
Acting United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant United States Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Williams3@usdoj.gov

LORINDA LARYEA
Acting Chief, Fraud Section
United States Department of Justice

WILLIAM HOCHUL III
SHANE BUTLAND
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-538-4256
Email: william.hochul.iii@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR- 26-00676-PHX-KML (MTM) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Susie Kamien, | |
| Defendant. | |

Pursuant to Local Rule 5.l, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case, *United States v. Alexandria Gehrke et. al* (CR-24-01040-PHX-ROS), *United States v. Bethany Jameson* (CR-24-01068-PHX-DWL), *United States v. Carlos Ching* (CR-24-01075-PHX-GMS), *United States v. Daylon Bennett* (CR-25-

00090-PHX-DWL), *United States v. Tyler Kontos et. al* (CR-25-00915-PHX-SMB), *United States v. Ira Denny* (CR-25-00944-PHX-SPL), *United States v. Gina Palacios* (CR-25-00947-PHX-DWL), and *United States v. Sandra Peters* (Information lodged with the Clerk of Court on June 18th, 2026, case number and Court assignment pending).

Respectfully submitted this 18th day of June, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

LORINDA LARYEA
Acting Chief, Fraud Section
United States Department of Justice

*s/Shane Butland*
WILLIAM HOCHUL III
SHANE BUTLAND
Trial Attorneys
Department of Justice, Fraud Section